UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA PENZATO | * | CIVIL ACTION NO. 2:19-cv-10637 |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE DOUGLAS |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY AND | * | BY CONSENT OF THE PARTIES |
| ORGANON EMPLOYEE WELFARE | * | |
| BENEFIT PLAN | * | |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Lisa Penzato therein against Hartford Life and Accident Insurance Company be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Lisa Penzato and Hartford Life and Accident Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this 19th day of February, 2020 in New Orleans, Louisiana.

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE